IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| LUCY WALKER, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | Case No. CIV-23-604-SLP |
| FIRST NATIONAL BANK AND TRUST COMPANY, | ) ) ) ) |  |
| Defendant. | ) ) |  |

## **O R D E R**

The Court ordered Plaintiff to either obtain new counsel or file a written notice of her intent to proceed pro se by December 8, 2023. *See* Order [Doc. No. 15]. The Court cautioned Plaintiff that failure to comply may result in the dismissal of this action without prejudice. *See id.*

Plaintiff has neither complied with the Order nor requested an extension of time within which to do so. Therefore, dismissal of the action without prejudice is warranted. *See* Fed. R. Civ. P. 41(b); *Nasious v. Two Unknown B.I.C.E. Agents at Arapahoe Cty. Justice Ctr.*, 492 F.3d 1158, 1161 n.2 (10th Cir. 2007) (permitting sua sponte dismissal where plaintiff fails to comply with the rules of civil procedure or court orders).

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE. A separate judgment of dismissal shall be entered contemporaneously with the filing of this Order.

IT IS SO ORDERED this 12th day of December, 2023.

                                                                                   *[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE